

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00004-CV
_____

MICHAEL EUGENE HILL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court Nos. 22648, 22649, 22650, 22651, 21735 & 21788

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Michael Eugene Hill, appellant, filed his notice of appeal pro se, January 11, 2012.

The clerk's record was filed February 22, 2012, making the record complete. Hill's brief was therefore due March 23, 2012. When neither a brief nor a motion to extend time for filing the same had been filed by April 13, we contacted Hill by letter and informed him that, if a brief had not been filed by April 30, 2012, the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Hill. We dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b).

Josh R. Morriss, III
Chief Justice

Date Submitted: May 17, 2012
Date Decided: May 18, 2012

2